**Order entered October 12, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00638-CV

### TITO E. MARRERO, Appellant

### V.

### BANK OF AMERICA CORPORATION, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14549**

### ORDER

We **REINSTATE** this appeal.

By order dated August 19, 2022, we abated this appeal due to the pending bankruptcy proceeding involving appellee Citywide Community Development Corporation. *See* TEX. R. APP. P. 8.2. Before the Court is appellant's September 30, 2022 "Motion to Start Commencement of Plaintiff's Direct Appeal." Because the bankruptcy proceeding remains pending, we **DENY** the motion.

We again **ABATE** this appeal.  It may be reinstated on motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court.  *See id*. 8.3.

/s/    BILL PEDERSEN, III
        JUSTICE